NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MAJD KAM-ALMAZ,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2011-5059

---

Appeal from the United States Court of Federal Claims in case no. 09-CV-007, Judge Lawrence M. Baskir.

---

## ON MOTION

---

## ORDER

The United States moves without opposition for leave to serve the appellant out of time and to file a corrected certificate of service. The United States also moves for an extension of time, until January 6, 2012, for Kam-Almaz to file his reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

DEC 2 0 2011
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Sarah A. Murray, Esq.
     Matthew J. Dowd, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 2 0 2011

JAN HORBALY
CLERK